# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――

## No. 201700107

―――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## DILLAN B. MEJIA
Seaman (E-3), U.S. Navy
Appellant

―――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS NIMITZ (CVN 68).
Staff Judge Advocate's Recommendation: Lieutenant Commander
James M. Kennedy, JAGC, USN.
For Appellant: Lieutenant Captain James Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

―――――――――――

Decided 31 July 2017

―――――――――――

Before CAMPBELL, LOCHNER, and SAYEGH, *Appellate Military Judges*

―――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

The supplemental court-martial order shall reflect that the lesser included offense to which the appellant pled guilty in Specification 2 of Charge II was a violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.

For the Court



R.H. TROIDL
Clerk of Court